## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 30 and 33 MM 2015
:
                Respondent      :
:
:
:
          v.            :
:
:
:
GARY CHARLES SCHULTZ,     :
:
                Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of May, 2015, the Application to File Under Seal is **GRANTED**, and the Application for Extraordinary Relief is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's challenges pending in the Superior Court. *See Commonwealth v. Schultz*, 280 MDA 2015; *Commonwealth v. Schultz*, 14 MDM 2015.

      Mr. Justice Stevens joins the Order in all respects, except that he would deny the application to file under seal.